IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SAMANTHA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-14-670-F |
| | ) | |
| 2. E.I. DU PONT DE NEMOURS AND CO. | ) | |
| 3. CONOCO INC., | ) | ATTORNEYS LIEN CLAIMED |
| 4. CONOCO PHILLIPS, CO., | ) | JURY TRIAL DEMANDED |
| 5. PHILLIPS 66, CO., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXPERT WITNESS LIST

**COMES NOW** the Plaintiff, Samantha, and pursuant to the Court's Order presents her Expert Witness List as follows:

| | EXPERT | EXPECTED TESTIMONY |
|---|---|---|
| | | The testimony expected is a represented sample and does not represent the scope of the testimony that each expert will provide in the expert reports, deposition testimony or at trial. |
| 1. | David L. Mitchell, Ph.D. Forensic Meteorologist | Testimony is expected to be given regarding air modeling as it relates to emissions from Defendant's refinery, including gasoline, diesel, and volatile organic hydrocarbons which may include benzene and other compounds. |
| 2. | Martyn Smith, Ph.D. Toxicologist | Testimony is expected to be about the toxic and carcinogenic effect of exposure to hazardous waste, emissions from Defendant's refinery including volatile organic hydrocarbons which may include benzene. Testimony includes information concerning causation of chromosome 16 abnormalities. |

| 3. | Mary Jane Calvey, Ph.D. MPH, MBA, CPA<br>Epidemiologist | Testimony is expected to be about Plaintiff's exposure to hazardous waste, emissions, including volatile organic hydrocarbons from Defendant's refinery which may include benzene and Plaintiff's exposure thereto. Testimony is also expected to include causation regarding chromosome 16 abnormalities, and epidemiology. Dr. Calvey will also testify regarding the history of emissions and hazardous waste from Defendant's refinery, including volatile hydrocarbon compounds which may include benzene and the toxic and carcinogenic effect of ingesting such compounds. |
|---|---|---|
| 4. | Bart Trentham, Ph.D.<br>Psychologist | Testimony is expected to about Plaintiff's psychological and emotional condition including post-traumatic stress disorder as it relates to her acute myeloid leukemia and her treatment. |
| 5. | J.B. Fisher, Ph.D.<br>Certified Professional Geologist<br>Certified Professional Geoscientist | Testimony about the geochemical transport of hazardous waste and emissions from Defendant's refinery, a discussion of forensic analysis of Defendants' wastes and emissions in the overall relevant time period, a discussion of Defendant's alleged other or other co-mingled hazardous waste and volatile hydrocarbon compounds which may include benzene and an evaluation of Defendant's different maps regarding plumes and data provided by the Defendant and its consultant or consultants. |
| 6. | Steven D. Gore, M.D.<br>Director of Hematologic Malignancies at Smilon Cancer Hospital, Yale | Testimony is expected to be about the medical cause of Plaintiff's acute myeloid leukemia |
| 7. | Blayne Hartman, Ph.D.<br>Environmental Geoscientist | Testimony is expected to be about vapor emanation from Defendants' wastes and emissions in the groundwater and soil beneath and around Ms. Hall's residences. Forensic, historic analysis of likely concentrations of gasoline, diesel, volatile organic compounds which may contain benzene and other gaseous compounds emanating from Defendants' wastes. |

Plaintiff reserves the right to amend this list, add or delete experts as discovery continues.

Respectfully submitted,

**SNEED LANG PC**

/s/ Richard E. Warzynski
G. Steven Stidham, OBA #8633
Richard E. Warzynski, OBA #14079
1700 Williams Center Tower I
One West Third Street
Tulsa, Oklahoma 74103-3522
Telephone:   (918) 588-1313
Facsimile:    (918) 588-1314
Email:          gstidham@sneedlang.com
                    rwarzynski@sneedlang.com

    and

Jason B. Aamodt, OBA #16974
Deanna Hartley, OBA #19272
Krystina E. Phillips, OBA #30111
Dallas L.D. Strimple, OBA #30266
INDIAN AND ENVIRONMENTAL
 LAW GROUP
1723 E. 15th Street, Suite 100
Tulsa, Oklahoma 74104
Telephone:   (918) 347-6169
Facsimile:    (918) 398-0514
Email:          jason@aamodt.biz
                    dede_hkl@yahoo.com
                    krystina@aamodt.biz
                    dallas@aamodt.biz

    and

Trae Gray, OBA #21196
LANDOWNERFIRM, PLLC
Rt. 5, Box 305
Coalgate, Oklahoma 74538
Telephone:   (580) 927-2314
Facsimile:    (580) 927-2315
Email:          tg@landownerfirm.com

    and

Kalyn C. Free, OBA #12298
KALYN C. FREE, PC
2248 E 48th Street
Tulsa, Oklahoma 74105
Telephone: (918) 916-0716
Email: Kalyn@kalynfree.com

***Attorneys for Plaintiff Samantha Hall***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20 day of August, 2015, I electronically transmitted the attached document to the following:

| | |
|---|---|
| Lloyd W. Landreth, Esq.<br>Scott R. Rowland, Esq.<br>Robert J. Carlson, Esq.<br>Gable & Gotwals<br>1100 ONEOK Plaza<br>100 W. Fifth Street<br>Tulsa, OK 74119-1013 | llandreth@gablelaw.com<br>srowland@gablelaw.com<br>rcarlson@gablelaw.com |
| Robert H. Alexander, Jr.<br>The Law Offices of Robert H. Alexander, Jr., PC<br>First National Center, 24th Flood<br>Oklahoma City, OK 73102 | alexattys@productlaw.com |

/s/ Richard E. Warzynski