# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAMANTHA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-14-0670-HE |
| | ) | |
| CONOCO INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S FINAL LIST OF EXPERT WITNESSES IN CHIEF

**COMES NOW** the Plaintiff, Samantha Hall, and pursuant to the Court's Revised Scheduling Order [doc. 64] hereby submits her list of expert witnesses in chief. Plaintiff reserves the right to add or amend her expert witness list in chief due to ongoing discovery.

| NO. | EXPERT | PROPOSED TESTIMONY |
|---|---|---|
| 1. | Dr. David L. Mitchell<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK 74104 | Expert testimony concerning Plaintiff's exposure to hazardous vapors, including BTEX, based upon AERMOD air modeling simulations and all topics in his expert report. |
| 2. | Dr. Martyn Smith<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK 74104 | Expert testimony concerning the association between benzene exposure and AML, including inversion 16, and all topics in his expert report. |
| 3. | Dr. Mary Jane Calvey<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK 74104 | Expert testimony concerning the cause of Plaintiff's AML resulting from her exposure to benzene released by Defendants, and all topics in her expert report. |
| 4. | Dr. Bart Trentham<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100 | Expert testimony concerning the psychological impacts resulting to Plaintiff as a result of injuries caused to her by Defendants, and all topics |

| | | |
|---|---|---|
| | Tulsa, OK  74104 | in his expert report. |
| 5. | Dr. J. Berton Fisher<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK  74104 | Expert testimony regarding the nature and extent of groundwater and soil gas pollution caused by Defendants and all topics in his expert report. |
| 6. | Dr. Steven D. Gore<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK  74104 | Expert testimony concerning the cause of Plaintiff's AML resulting from her exposure to benzene released by Defendants, and all topics in her expert report.<br>NOTE – Motion for Extension filed to permit additional time to prepare this report. |
| 7. | Dr. David McIntosh<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK  74104 | Expert testimony integrating Plaintiffs' exposure to benzene released by Defendants, and all topics in his expert report.<br>NOTE – Motion for Extension filed to permit additional time to prepare this report. |
| 8. | Dr. Matthew Tonkin<br>c/o Indian and Environmental Law Group, PLLC<br>1723 E. 15th St., Ste 100<br>Tulsa, OK  74104 | Expert testimony on the levels of benzene vapor intrusion in Plaintiff's childhood homes and all topics in his expert report. |

Respectfully submitted,

G. Steven Stidham, OBA #8633
Richard E. Warzynski, OBA #14079
SNEED LANG, PC
1700 Williams Center Tower I
One West Third Street
Tulsa, Oklahoma  74103-3522
Telephone:   (918) 588-1313
Facsimile:     (918) 588-1314
Email: gstidham@sneedlang.com
           rwarzynski@sneedlang.com

*and*

/s/ Krystina E. Phillips
Jason B. Aamodt, OBA #16974
Deanna Hartley, OBA #19272
Krystina E. Phillips, OBA #30111
Dallas L.D. Strimple, OBA #30266
INDIAN AND ENVIRONMENTAL LAW GROUP, PLLC
1723 E. 15th Street, Suite 100
Tulsa, Oklahoma 74104
Telephone: (918) 347-6169
Facsimile: (918) 398-0514
Email: jason@iaelaw.com
         deanna@iaelaw.com
         krystina@iaelaw.com
         dallas@iaelaw.com

*and*

Trae Gray, OBA #21196
Ryan Ellis, OBA #30858
LANDOWNERFIRM, PLLC
Rt. 5, Box 305
Coalgate, Oklahoma 74538
Telephone: (580) 927-2314
Facsimile: (580) 927-2315
Email: tg@landownerfirm.com
         re@landownerfirm.com

*and*

Kalyn C. Free, OBA #12298
KALYN C. FREE, PC
2248 E 48th Street
Tulsa, Oklahoma 74105
Telephone: (918) 916-0716
Email: Kalyn@kalynfree.com

***Attorneys for Plaintiff Samantha Hall***

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of December, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lloyd W. Landreth - *llandreth@gablelaw.com*
Scott R. Rowland - *srowland@gablelaw.com*
Robert J. Carlson - *rcarlson@gablelaw.com*
GABLE & GOTWALS

Robert H. Alexander, Jr. - *alexattys@productlaw.com*
THE LAW OFFICES OF ROBERT H. ALEXANDER, JR., PC

Brett J. Young – *brett.young@klgates.com*
K&L GATES LLP

*Attorneys for Defendants*

                /s/ Krystina E. Phillips