IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAMANTHA HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-14-0670-HE |
| | ) | |
| CONOCO INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S FINAL LIST OF WITNESSES AND EXHIBITS

**COMES NOW** the Plaintiff, Samantha Hall, and pursuant to the Court's Revised Scheduling Order [Doc. 64] hereby submits her list of witnesses in chief. Plaintiff reserves the right to add or amend her witness list in chief due to ongoing discovery. Moreover, Plaintiff expects in the near future to move the Court to consolidate her case with the cases of other similarly situated Plaintiffs so that, among other things, duplication will be avoided. As such, it is expected that additional exhibits and witnesses will be added through ongoing discovery.

### WITNESSES

| NO. | WITNESS | PROPOSED TESTIMONY |
|---|---|---|
| 1. | Samantha Hall<br>C/O Plaintiff's Counsel | Deposed |
| 2. | Art Hall<br>C/O Plaintiff's Counsel | |
| | Dr. Nassim Nabbout<br>Cancer Center Treatment of Kansas<br>3243 E. Murdock, Suite 300<br>Wichita, KS 67208 | Deposed |
| 3. | Dr. David L. Mitchell<br>C/O Plaintiff's Counsel | Expert testimony concerning Plaintiff's exposure to hazardous vapors, including |

1

| NO. | WITNESS | PROPOSED TESTIMONY |
|-----|---------|---------------------|
|     |         | BTEX, based upon AERMOD air modeling simulations and all topics in his expert report. |
| 4.  | Dr. Martyn Smith<br>C/O Plaintiff's Counsel | Expert testimony concerning the association between benzene exposure and AML, including inversion 16, and on all topics in his expert report. |
| 5.  | Dr. Mary Jane Calvey<br>C/O Plaintiff's Counsel | Expert testimony concerning the cause of Plaintiff's AML resulting from her exposure to benzene released by Defendants, and all topics in her expert report. |
| 6.  | Dr. Bart Trentham<br>C/O Plaintiff's Counsel | Expert testimony concerning the psychological impacts resulting to Plaintiff as a result of injuries caused to her by Defendants, and all topics in his expert report. |
| 7.  | Dr. J. Berton Fisher<br>C/O Plaintiff's Counsel | Expert testimony regarding the nature and extent of groundwater and soil gas pollution caused by Defendants and all topics in his expert report. |
| 8.  | Dr. Steven D. Gore<br>C/O Plaintiff's Counsel | Expert testimony concerning the cause of Plaintiff's AML resulting from her exposure to benzene released by Defendants, and all topics in her expert report.<br>NOTE – Motion for Extension filed to permit additional time to prepare this report. |
| 8.  | David McIntosh<br>C/O Plaintiff's Counsel | Expert testimony integrating Plaintiffs' exposure to benzene released by Defendants, and all topics in her expert report.<br>NOTE – Motion for Extension filed to permit additional time to prepare this report. |
| 10. | Matthew Tonkin<br>C/O Plaintiff's Counsel | Expert testimony on the levels of benzene vapor intrusion in Plaintiff's childhood homes and all topics in his expert report. |
| 11. | Sara King<br>C/O Defendants' Counsel | To be deposed |

| NO. | WITNESS | PROPOSED TESTIMONY |
|---|---|---|
| 12 | Terry Vandell<br>C/O Defendants' Counsel | To be deposed |
| 13. | Representative of the ODEQ<br>C/O General Counsel to the ODEQ | Emissions by the refinery, complaints in the community, responses and statements by Defendants and Defendant's agents concerning their pollution of the Ponca City area; statements by Defendants concerning the regulation and monitoring of benzene and other toxic and hazardous gasses released into the community by the Plaintiff lived, worked and played in. |
| 14. | Tracey Hammon<br>C/O Defendants' Counsel | To be deposed |
| 15. | Representative of the ODOH<br>C/O General Counsel to the ODOD | Emissions by the refinery, complaints in the community, responses and statements by Defendants and Defendant's agents concerning their pollution of the Ponca City area; statements by Defendants concerning the regulation and monitoring of benzene and other toxic and hazardous gasses released into the community by the Plaintiff lived, worked and played in. |
| 16. | Ciera Mathews<br>C/O Plaintiff's Counsel | Her exposure to Defendants' toxic gasses and resulting injuries, cancer, and experiences |
| 17. | Charlie Bryer<br>C/O Plaintiff's Counsel | His exposure to Defendants' toxic gasses and resulting injuries, cancer, and experiences |
| 18. | Representative of Conoco, Inc. | To testify concerning the value and income of the company. |
| 19. | Representative of Phillips 66 | To testify concerning the value and income of the company. |
| 20. | Representative of Continental Oil Company | To testify concerning the value and income of the company. |
| 21. | Representative of Conoco, Inc.<br>C/O Defendants' Counsel | Public relations/public statements of the company relating to benzene, other aromatic hydrocarbons and emissions from its refinery |
| 22. | Representative of Phillips 66<br>C/O Defendants' Counsel | Public relations/public statements of the company relating to benzene, other aromatic hydrocarbons and emissions |

| NO. | WITNESS | PROPOSED TESTIMONY |
|---|---|---|
| | | from its refinery |
| 23. | Representative of Continental Oil Company<br>C/O Defendants' Counsel | Public relations/public statements of the company relating to benzene, other aromatic hydrocarbons and emissions from its refinery |
| 24. | John Dimond<br>C/O Defendants' Counsel | Refinery management and emissions of VOC |
| 25. | Charles Downs<br>C/O Defendants' Counsel | Groundwater pollution by COP |
| 26. | Dennis R. Parker<br>C/O Defendants' Counsel | Refinery management and emissions of VO |
| 27. | Terry Lauck<br>C/O Defendants' Counsel | Groundwater pollution by COP |
| 28. | Bill Muldoon<br>C/O Defendants' Counsel | Groundwater and air pollution by COP |
| 29. | Angelus Owili-Eger<br>C/O Defendants' Counsel | Groundwater and air pollution by COP |
| 30. | Craig Stafford<br>C/O Defendants' Counsel | Groundwater and air pollution by COP |
| 31. | Michael W. Page<br>C/O Defendants' Counsel | Groundwater and air pollution by COP |
| 32. | Ron W. Armstrong<br>C/O Defendants' Counsel | Refinery management and emissions of VOC |
| 33. | Pete Stynes<br>C/O Defendants' Counsel | Refinery management and emissions of VOC |
| 34. | Tim Seidel<br>C/O Defendants' Counsel | Refinery management and emissions of VOC |
| 35. | Tom Myers<br>C/O Defendants' Counsel | Refinery management and emissions of VOC |
| 36. | Helen Hatlelid-Hester<br>C/O Defendants' Counsel | COP's representations to the community. |
| 37. | Mindy Hall<br>C/O Plaintiff's Counsel | Deposed |
| 38. | Megan Hall<br>C/O Plaintiff's Counsel | Deposed |
| 39. | Jennifer Jackie<br>C/O Plaintiff's Counsel | The damage the Defendants have done to Ms. Hall. |
| 40. | Rafaellae Espinoza<br>Oklahoma State Department of Health | Data concerning cancer incidence in the areas surrounding the refinery. |
| 41. | Christy Bradley | Data concerning cancer incidence in the |

|  | Oklahoma State Epidemiologist | areas surrounding the refinery. |
|---|---|---|

**EXHIBITS**

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| 1 | Hall Medical Records | Various | Various | NA |
| 2 | Maps of air emissions | Various | Various | NA |
| 3 | Maps of groundwater plumes | Various | Various | NA |
| 4 | Maps of where Hall lived, played and worked | Various | Various | NA |
| 5 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00000398 | PSXHAL00000418 | NA |
| 6 | 2015.08.04 Documents Rec'd from DEQ in Response to ORA | CP_ODEQ000001014 | CP_ODEQ000001205 | CP_ODEQ000001014-000001205.pdf |
| 7 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011104 | CP_ODEQ000011125 | CP_ODEQ000011104-000011125.pdf |
| 8 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011126 | CP_ODEQ000011148 | CP_ODEQ000011126-000011148.pdf |
| 9 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011155 | CP_ODEQ000011169 | CP_ODEQ000011155-000011169.pdf |
| 10 | 2H2013 Semi Annual RCRA | CP_ODEQ000012237 | CP_ODEQ000012303 | CP_ODEQ000012237-000012303.pdf |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| | Groundwater Status Report 03-2014 | | | |
| 11 | 2010 Private Water Well Inventory Update - December 2010 | CP_ODEQ000012697 | CP_ODEQ000012712 | CP_ODEQ000012697-000012712.pdf |
| 12 | 2010 Private Water Well Inventory Update - December 2010 | CP_ODEQ000012713 | CP_ODEQ000012753 | CP_ODEQ000012713-000012753.pdf |
| 13 | RCRA Spring Monitoring Completion Stat Rpt. No. 13 Aug. 2010 | CP_ODEQ000012770 | CP_ODEQ000012786 | CP_ODEQ000012770-000012786.pdf |
| 14 | RCRA Spring Monitoring Completion Stat Rpt. No. 13 Aug. 2010 | CP_ODEQ000012796 | CP_ODEQ000012820 | CP_ODEQ000012796-000012820.pdf |
| 15 | RCRA Spring Monitoring Completion Stat Rpt. No. 13 Aug. 2010 | CP_ODEQ000012870 | CP_ODEQ000012873 | CP_ODEQ000012870-000012873.pdf |
| 16 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00000123 | PSXHAL00000234 | NA |
| 17 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00000257 | PSXHAL00000325 | NA |
| 18 | 1-Conoco-Hall Defendants Response-1st Discovery- | PSXHAL00000618 | PSXHAL00000825 | NA |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| | PSN0062 | | | |
| 19 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00000826 | PSXHAL00000995 | NA |
| 20 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00001594 | PSXHAL00001879 | NA |
| 21 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00002324 | PSXHAL00002471 | NA |
| 22 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00005004 | PSXHAL00005421 | NA |
| 23 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00005965 | PSXHAL00006124 | NA |
| 24 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00006125 | PSXHAL00006286 | NA |
| 25 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00006287 | PSXHAL00006453 | NA |
| 26 | 1-Conoco-Hall Defendants Response-1st Discovery- | PSXHAL00006621 | PSXHAL00006781 | NA |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
|  | PSN0062 |  |  |  |
| 27 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00007882 | PSXHAL00007964 | NA |
| 28 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00007885 | PSXHAL00008010 | PSXHAL00007885.tif |
| 29 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00008011 | PSXHAL00008957 | NA |
| 30 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00009217 | PSXHAL00009813 | PSXHAL00009217.tif |
| 31 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00010079 | PSXHAL00010090 | NA |
| 32 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00012379 | PSXHAL00012540 | PSXHAL00012379.tif |
| 33 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00014581 | PSXHAL00014634 | NA |
| 34 | 1-Conoco-Hall Defendants Response-1st Discovery- | PSXHAL00015442 | PSXHAL00015482 | PSXHAL00015442.tif |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| | PSN0062 | | | |
| 35 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00016993 | PSXHAL00017048 | NA |
| 36 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00021225 | PSXHAL00021226 | PSXHAL00021225.tif |
| 37 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00021712 | PSXHAL00021806 | PSXHAL00021712.tif |
| 38 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00022553 | PSXHAL00022657 | PSXHAL00022553.tif |
| 39 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00025308 | PSXHAL00025427 | PSXHAL00025308.tif |
| 40 | 2-Phillips 66-Hall Production 02-PSX1 | PSXHAL00026353 | PSXHAL00026376 | NA |
| 41 | 7-Defendant Phillips 66-Hall Production 05 PSX1 | PSXHAL00027574 | PSXHAL00027577 | NA |
| 42 | 7-Defendant Phillips 66-Hall Production 05 PSX1 | PSXHAL00029828 | PSXHAL00029975 | NA |
| 43 | 5-2015.08.28 Documents from DEQ in Response | NA | NA | 10-4-10 (2).PDF |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| | to Subpoena | | | |
| 44 | 5-2015.08.28 Documents from DEQ in Response to Subpoena | NA | NA | 1996-2002.PDF |
| 45 | 5-2015.08.28 Documents from DEQ in Response to Subpoena | NA | NA | 2003-2004.PDF |
| 46 | 5-2015.08.28 Documents from DEQ in Response to Subpoena | NA | NA | 2005-.PDF |
| 47 | Photos | CP_ODEQ000008780 | CP_ODEQ000008830 | CP_ODEQ000008780-000008780.pdf |
| 48 | Analytical_Data | CP_ODEQ000008831 | CP_ODEQ000009393 | CP_ODEQ000008831-000008952.pdf |
| 49 | 1H2005 Spring Photos | CP_ODEQ000009394 | CP_ODEQ000009448 | CP_ODEQ000009394-000009394.pdf |
| 50 | 1H2005 Spring Data | CP_ODEQ000009449 | CP_ODEQ000009649 | CP_ODEQ000009449-000009649.pdf |
| 51 | 1H2005 Spring Data | CP_ODEQ000009650 | CP_ODEQ000010301 | CP_ODEQ000009650-000009848.pdf |
| 52 | Springs | CP_ODEQ000009849 | CP_ODEQ000010058 | CP_ODEQ000009849-000010058.pdf |
| 53 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011100 | CP_ODEQ000011103 | CP_ODEQ000011100-000011103.pdf |
| 54 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011149 | CP_ODEQ000011154 | CP_ODEQ000011149-000011154.pdf |
| 55 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011170 | CP_ODEQ000011183 | CP_ODEQ000011170-000011183.pdf |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| 56 | 1H2009 Monitoring Work Plan Spring Arsenic Assess 12-5-08 | CP_ODEQ000011184 | CP_ODEQ000011188 | CP_ODEQ000011184-000011188.pdf |
| 57 | 2H2008 Semi Annual RCRA Groundwater Rem Stat Rpt. - Feb 2009 | CP_ODEQ000011189 | CP_ODEQ000011860 | CP_ODEQ000011189-000011194.pdf |
| 58 | 2H2013 Semi Annual RCRA Groundwater Status Report 03-2014 | CP_ODEQ000011861 | CP_ODEQ000012693 | CP_ODEQ000011861-000011867.pdf |
| 59 | 2010 Private Water Well Inventory Update - December 2010 | CP_ODEQ000012694 | CP_ODEQ000012696 | CP_ODEQ000012694-000012696.pdf |
| 60 | 2010 Private Water Well Inventory Update - December 2010 | CP_ODEQ000012754 | CP_ODEQ000012769 | CP_ODEQ000012754-000012769.pdf |
| 61 | RCRA Spring Monitoring Completion Stat Rpt. No. 13 Aug. 2010 | CP_ODEQ000012787 | CP_ODEQ000012882 | CP_ODEQ000012787-000012788.pdf |
| 62 | 2H2008 Semi Annual RCRA Groundwater Rem Stat Rpt. - Feb 2009 | CP_ODEQ000012875 | CP_ODEQ000012875 | CP_ODEQ000012875-000012875.pdf |
| 63 | 2H2013 Semi Annual RCRA Groundwater Status Report 03-2014 | CP_ODEQ000012883 | CP_ODEQ000012889 | CP_ODEQ000012883-000012883.pdf |
| 64 | 2010 Private Water Well | CP_ODEQ000012888 | CP_ODEQ000012888 | CP_ODEQ000012888-000012888.pdf |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| | Inventory Update - December 2010 | | | |
| 65 | RCRA Spring Monitoring Completion Stat Rpt. No. 13 Aug 2010 | CP_ODEQ000012890 | CP_ODEQ000012890 | CP_ODEQ000012890-000012890.pdf |
| 66 | Photos | CP_ODEQ000013284 | CP_ODEQ000013335 | CP_ODEQ000013284-000013284.pdf |
| 67 | 2014.04.22 Documents rec'd in response to ORA to ODEQ-Bates | CP_ODEQ000006057 | CP_ODEQ000006987 | CP_ODEQ000006057-000006987.pdf |
| 68 | 2014.04.22 Documents rec'd in response to ORA to ODEQ-Bates | CP_ODEQ000006988 | CP_ODEQ000007890 | CP_ODEQ000006988-000007890.pdf |
| 69 | 2014.04.22 Documents rec'd in response to ORA to ODEQ-Bates | CP_ODEQ000007891 | CP_ODEQ000008779 | CP_ODEQ000007891-000008779.pdf |
| 70 | Documents relied upon by experts in their expert reports. | NA | NA | NA |
| 71 | Documents from DEQ | NA | NA | 00001.PDF |
| 72 | Documents from DEQ | NA | NA | 00117.PDF |
| 73 | Documents from DEQ | NA | NA | 00160.PDF |
| 74 | Groundwater maps and data | NA | NA | 3613491.pdf |
| 75 | Groundwater maps and data | NA | NA | 3617374.pdf |
| 76 | Groundwater maps and data | NA | NA | Image-2975784.pdf |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
| 77 | Groundwater maps and data | NA | NA | Image-2975786.pdf |
| 78 | Groundwater maps and data | NA | NA | Image-2986635.pdf |
| 79 | Groundwater maps and data | NA | NA | Image-2986636.pdf |
| 80 | Groundwater maps and data | NA | NA | Image-2986637.pdf |
| 81 | Groundwater maps and data | NA | NA | Image-3079355.pdf |
| 82 | Groundwater maps and data | NA | NA | Image-3148142-1.pdf |
| 83 | Groundwater maps and data | NA | NA | Image-3148244.pdf |
| 84 | Groundwater maps and data | NA | NA | Image-3513382.pdf |
| 85 | Groundwater maps and data | NA | NA | Image-500178721.pdf |
| 86 | 2H2008 Semi Annual RCRA Groundwater Rem Stat Rpt. - Feb 2009 | CP_ODEQ000011220 | CP_ODEQ000011240 | CP_ODEQ000011220-000011340.pdf |
| 87 | RCRA Spring Monitoring Completion Stat Rpt. No. 13 Aug. 2010 | CP_ODEQ000012821 | CP_ODEQ000012842 | CP_ODEQ000012821-000012842.pdf |
| 88 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00009122 | PSXHAL00009130 | NA |
| 89 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00010442 | PSXHAL00010522 | NA |
| 90 | 1-Conoco-Hall Defendants | PSXHAL00013748 | PSXHAL00013828 | NA |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
|  | Response-1st Discovery-PSN0062 |  |  |  |
| 91 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00013854 | PSXHAL00013904 | NA |
| 92 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00015414 | PSXHAL00015431 | NA |
| 93 | 1-Conoco-Hall Defendants Response-1st Discovery-PSN0062 | PSXHAL00016119 | PSXHAL00016227 | NA |
| 94 | Q10 of Conoco, Inc. | NA | NA | NA |
| 95 | Q10 of Phillips 66 | NA | NA | NA |
| 96 | Financial documents showing value and income of the Continental Oil Company | NA | NA | NA |
| 97 | Complaints in the community resulting from Defendant's emission of toxic, hazardous and noxious gasses | Various | Various | NA |
| 98 | All those documents which Plaintiff determines tend to prove her | NA | NA | NA |

| Ex No. | Title/Description | beg bates | end bates | nativefilename |
|---|---|---|---|---|
|  | claim or which she learns about or obtains in continuing discovery |  |  |  |
| 99 | All those documents listed by Defendants not objected to by Plaintiff | NA | NA | NA |

Respectfully submitted,



Jason B. Aamodt, OBA #16974
Deanna Hartley, OBA #19272
Krystina E. Phillips, OBA #30111
Dallas L.D. Strimple, OBA #30266
INDIAN AND ENVIRONMENTAL LAW GROUP, PLLC
1723 E. 15th Street, Suite 100
Tulsa, Oklahoma 74104
Telephone: (918) 347-6169
Facsimile: (918) 398-0514
Email: jason@iaelaw.com
       deanna@iaelaw.com
       krystina@iaelaw.com
       dallas@iaelaw.com

*and*

G. Steven Stidham, OBA #8633
LEVINSON, SMITH & HUFFMAN, P.C.
1743 EAST 71ST STREET
TULSA, OKLAHOMA 74136-5108
918.492.4433 - TEL.
918.492.6224 - FAX
Email: gstidham@lsh-law-firm.com


*and*

Kalyn C. Free, OBA #12298
KALYN C. FREE, PC
2248 E 48th Street
Tulsa, Oklahoma 74105
Telephone: (918) 916-0716
Email: Kalyn@kalynfree.com

*and*

Trae Gray, OBA #21196
LANDOWNERFIRM, PLLC
Rt. 5, Box 305
Coalgate, Oklahoma 74538
Telephone: (580) 927-2314
Facsimile: (580) 927-2315
Email: tg@landownerfirm.com

***Attorneys for Plaintiff Samantha Hall***

## CERTIFICATE OF SERVICE

I hereby certify that on the Tuesday, March 1, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lloyd W. Landreth - *llandreth@gablelaw.com*
Scott R. Rowland - *srowland@gablelaw.com*
Robert J. Carlson - *rcarlson@gablelaw.com*
GABLE & GOTWALS

Robert H. Alexander, Jr. - *alexattys@productlaw.com*
THE LAW OFFICES OF ROBERT H. ALEXANDER, JR., PC

Brett J. Young – *brett.young@klgates.com*
K&L GATES LLP

*Attorneys for Defendants*

Jason Aamodt